**Drew J. BAUER, individually and d/b/a AmbroseBauer Trains (LLC), Petitioner**

v.

**PENNSYLVANIA STATE BOARD OF AUCTIONEER EXAMINERS, Respondent**

**No. 112 WAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Matthew Lee SMITH, Petitioner**

**No. 181 WAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

AND NOW, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.